KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
GREGORY ALLEN AMOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-4294-DMS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF WITHDRAWAL |
| v. | ) | |
| GREGORY ALLEN AMOS, et. al. | ) | |
| Defendants. | ) | |

GREGORY ALLEN AMOS, by and through his attorney, hereby withdraws Document No. 126 on the Court's docket. It was filed on behalf of another defendant and the wrong case number was entered when filing the motion.

Respectfully Submitted,

Dated: March 2, 2023

/s Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
GREGORY ALLEN AMOS
Email: krutman@krutmanlaw.com