UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER HERNANDEZ and GREG AMOS,<br><br>    Defendants. | Case No.: 18-CR-4294-DMS<br><br>**ORDER GRANTING EX PARTE MOTION TO DIRECT U.S. MARSHAL'S TO PRODUCE DEFENDANTS FOR ARRAIGNMENT ON OSC** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the U.S. Marshals Service shall produce the Defendants for arraignment on their respective Order(s) to Show Cause why probation should not be revoked (Docs. 122-123), consistent with the Orders and Writs of Habeas Corpus Ad Prosequendum entered on April 3, 2023 (Docs. 129-130), within 30 days.

**IT IS SO ORDERED.**

Dated:  June 5, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court